IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICHARD WILLIAMS, )
)
          Plaintiff, )
)
v. ) No. 96 C 0786
)
JAMES H. WILLIAMS, et al., )
)
          Defendants. )

## MEMORANDUM ORDER

More than a dozen years after this Court issued its February 14, 1996 memorandum opinion and order disposing of a pro se Complaint by frequent filer Richard Williams ("Williams"), Williams has submitted a sprawling and disjointed (really impenetrable) "Motion for Reinstatement." That submission fails to surmount more than one hurdle that calls for its rejection.

For one thing, Williams refers in part to an order entered by the Executive Committee of this District Court in Case No. 99 C 6298 barring him from further filings--an entirely understandable prohibition, if the bizarre nature of his current effort is a representative sample. Although that prohibitory order was modified by the Executive Committee on February 8, 2007 in response to several motions filed by Williams, the modified version still enjoins Williams from submitting any new filings without first obtaining leave to do so. And because it does not appear that Williams' current submission has complied with that procedure, that alone would call for denial of the motion.

But quite apart from that, the motion plainly comes many years too late. Even if Williams were to comply with the Executive Committee's requirements, it would still have to be denied on that score. To avoid the need for the expenditure of further effort, this Court simply denies the motion out of hand and refers the matter to the Executive Committee for its consideration as to whether any further action of a disciplinary nature against Williams is called for.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 29, 2008